

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| IN RE | § | No. 08-20-00175-CV |
| REBECCA MACIAS NELSON, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |

## <u>MEMORANDUM OPINION</u>

Relator Rebecca Macias Nelson has filed an unopposed motion to voluntarily dismiss this mandamus action, stating that she no longer wishes to pursue this original proceeding. The motion is granted. This petition for a writ of mandamus is dismissed.

JEFF ALLEY, Chief Justice

October 22, 2020

Before Alley, C.J., Rodriguez, and Palafox, JJ.

1